DeMarco•Mitchell, PLLC
Robert T. DeMarco
Michael S. Mitchell
1255 West 15th St., 805
Plano, TX 75075
T  972-578-1400
F  972-346-6791

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| IN RE: | Case No.: 10-43677 |
|---|---|
| RENÉ H. COUMANS<br>XXX-XX-1816<br>3415 FM 1567 E.<br>Como, TX 75431<br>Debtor(s). | Chapter: 11<br>[JOINT ADMINISTRATION REQUESTED] |
| IN RE: | Case No.: 10-43676 |
| MOO TOWN DAIRY, L.L.C.<br>20-4909319<br>3415 FM 1567 E.<br>Como, TX 75431<br>Debtor(s). | Chapter: 11<br>[JOINT ADMINISTRATION REQUESTED]<br><br>HEARING DATE:  October 26, 2010<br>HEARING TIME:  1:30 p.m. |

**DEBTORS' EMERGENCY MOTION FOR ORDER DIRECTING JOINT ADMINISTRATION OF CASES**

**NOTICE**

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN TWENTY ONE (21) DAYS FROM THE DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION.  IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.  IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING.  IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

**COME NOW** René H. Coumans ("Coumans"), and Moo Town Dairy, L.L.C. ("Moo Town"), Debtors and Debtors in possession in the above-styled and numbered case (collectively, the "Debtor"), and file this *Debtors' Emergency Motion for Order Directing Joint Administration of Cases* by and through the undersigned attorney. The facts and circumstances supporting this Motion are set forth in the Affidavit of René H. Coumans (the "Coumans Affidavit"), filed concurrently herewith. In support thereof the Debtor respectfully shows the Court as follows:

## I. JURISDICTION

1. The Court has jurisdiction over the subject matter of this Motion pursuant to 28 U.S.C. §1334(b) and the standing order of reference of the District Court. This matter is a core proceeding. 28 U.S.C. §157(b).

2. Venue in this Court is proper under 28 U.S.C. §§ 1408 and 1409.

## II. BACKGROUND

### A. Procedural History

3. Both cases were commenced by the filing of a voluntary petition under Chapter 11 of the United States Bankruptcy Code on October 25, 2010 (the "Petition Date").

4. No trustee or examiner has been appointed, and no official committee of creditors has yet been established in either case.

### B. Business History and Operations

5. The Debtor currently owns and operates a dairy farming operation located in Northeast Texas (the "Dairy Farm").

6. René Coumans ("Coumans") started Belle Vue Dairy (the "Dairy Farm") in November, 1999, when he, along with his ex-spouse, purchased 164 acres of land and a small

milk barn in Hopkins County, Texas. A small home adjacent to the original 164 acres was purchased soon thereafter and became Coumans' present homestead. The Dairy Farm began operations utilizing the services of only Coumans and one employee.

7. In June, 2000, the Dairy Farm expanded its operations with the purchase of an additional 100 cattle. Coumans also implemented a heifer-raising program during 2000 which allowed the Dairy Farm to begin rearing heifer calves born on the farm for use as milk cows. This program allowed the Dairy Farm to: (1) replenish its herd size internally, thereby minimizing its need to purchase replacement milk cows; and (2) shield it from price fluctuations in the cattle market.

8. The Dairy Farm continued to expand its operations when, in 2002, with its lease of the Friskes Dairy. The lease of the Friskes Dairy facility allowed the Debtor to double its milking cattle herd size in three years to approximately 1000 milking cows in 2005.

9. The growth of the Dairy Farm operations attracted more favorable financing from larger national lenders. In 2004, the Debtor entered into a credit facility with Bank of the West.

10. In early 2005, the Debtor was presented with the opportunity to acquire additional land and facilities that would allow for indoor housing of milk cows and for the on-site production of feed. This facility is commonly referred to as the Moo Town Dairy. The Debtor entered into a three year lease-purchase agreement with the assistance of Agriland and Bank of the West to acquire the Moo Town Dairy. At this juncture, the Debtor's herd size increased to approximately 1800 to 1900 cattle housed on three facilities. The original Belle Vue Dairy housed approximately 800 cows, the leased Friskes Dairy about 300, and the newly acquired Moo Town Dairy about 750. The total number of employees rose to about 26.

11. In May, 2006, the Debtor further expanded its operations when it entered into an owner-financed agreement to purchase Sonador Dairy, LLC. This acquisition added 450 acres of land and an additional 700 head of cattle to the operation.

12. By July, 2006, the Debtor was housing approximately 2400 cows on the four facilities described above.

13. In August, 2006, the decision was made to terminate the lease of the Friskes Dairy to allow the Debtor to focus on the operation of the three larger, and more profitable, dairy locations.

14. In 2008, the Debtor created Bokito Farming, LLC ("Bokito"), to provide some separation of the dairy and farming aspects of its business operations. Bokito is currently on title to most, if not all, of the farming equipment.

15. The Debtor currently employs approximately 30 individuals who work with approximately 1900 milking cows, 1000 head of dry cows in pasture, 45 breeding bulls, and approximately 2300 heifer calves of between 1 day and two years of age.

16. The Debtor's business operates 24/7 and is focused upon the care and feeding of dairy cows used in the production of milk for sale to wholesale buyers. The Debtor also generates additional revenue from the sale of certain cattle, primarily bull calves and/or older or non-producing dairy cows (collectively, the "Cull Cows").

17. The Debtor, like other dairy farming operations throughout the country, has faced serious economic challenges in the recent past. Milk prices plummeted to historic lows in 2009. Although milk prices have recovered somewhat during 2010, the pricing of product and the overall cost of production continue to provide challenges for the Dairy Farm's profitability. Adding to the Debtor's financial challenges is the fact that agricultural lenders are markedly less

willing and/or able to work with borrowers to extend loan payments in the current economy. Despite all of the recent economic challenges faced by the Dairy industry, the Debtor has been profitable from day one and throughout the course of its business operations.

18. The case *sub judice* is basically a balance sheet restructuring case and not an operational restructuring case. The Debtor's assets and going concern value are worth less today than they were worth in 2004 when the Debtor most recently restructured its finances with Bank of the West. This case is filed to restructure an overleveraged balance sheet, not to restructure operations *per se*.

### C. Capital Structure

19. Coumans and Moo Town are party to a credit facility (the "Note") with Bank of the West (the "Secured Lender"). The Note originated between the Secured Lender and Coumans on January 10, 2005, and was amended to include Moo Town on February 22, 2007. The Secured Lender thereby extended a credit secured by all livestock, crops and the proceeds thereof owned by the Debtor. As additional collateral the Note is secured by the real property described in Exhibit "A" of the Coumans Affidavit (the "Farm").

20. The breakdown of the Secured Lender credit facility, in approximate numbers, is as follows:

    a.    Livestock Acquisition Facility:    $4,835,000.00

    b.    Acquisition Feed Line of Credit:    $1,400,000.00

    c.    Term Loan:    $2,000,000.00

21. The Note results in a total encumbrance of approximately $8,235,000.00 against

the Farm and other assets of the Debtor.[1]

### III. RELIEF REQUESTED

22. Coumans owns one hundred percent of the equity interest in Moo Town. Coumans and Moo Town are therefore "affiliates" as that term is defined in 11 U.S.C. § 101(2) and used in Bankruptcy Rule 1015(b). Accordingly, joint administration of the above-styled and numbered cases, **for procedural purposes only**, is proper.

23. Joint administration of these cases will avoid considerable unnecessary delay and expense by obviating the need for the Debtors to file duplicative pleadings. Further, joint administration will avoid the burdensome necessity of duplicating notices to numerous creditors. Lastly, supervision of the administrative aspects of the subject bankruptcy cases by the Office of the United States Trustee will be simplified by joint administration.

24. The substantive rights of the respective creditors will not be adversely affected by the joint administration of these cases since the relief requested is purely procedural.

25. The Debtors further respectfully request, for the convenience of all parties and the Court, that these Chapter 11 cases be jointly administered under Case No. 10-43677, and that all pleadings pertaining thereto be filed under the following caption:

| IN RE:<br><br>RENÉ H. COUMANS<br>and<br>MOO TOWN DAIRY, L.L.C.,<br><br>Debtor(s). | Case No.: 10-43677<br>Case No.: 10-43676<br><br>**JOINTLY ADMINISTERED UNDER: 10-43677**<br><br>Chapter: 11 |
|---|---|

---

[1] The obligations referenced herein are set forth in greater detail in the Debtor's Emergency Motion for Order Authorizing the Interim Use of Cash Collateral filed contemporaneously herewith.

WHEREFORE, PREMISES CONSIDERED, the Debtor respectfully requests that the Court enter an order directing the above-styled and numbered cases be jointly administered under Case No. 10-43677; and providing for such other and further relief to which the Debtor may be justly entitled.

Respectfully submitted,

Dated: October 25, 2010

*/s/ Michael S. Mitchell*
**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**  robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**  mike@demarcomitchell.com
1255 W. 15th Street, 805
Plano, TX 75075
**T**  972-578-1400
**F**  972-346-6791
***Proposed* Counsel for Debtor and Debtor in Possession**

# CERTIFICATE OF SERVICE

The undersigned counsel herby certifies that true and correct copies of the foregoing pleading and all attachments were served upon all parties listed below in accordance with applicable rules of bankruptcy procedure on this 25th day of October, 2010. Where possible, service was made electronically via the Court's ECF noticing system or via facsimile transmission where a facsimile number is set forth below. Otherwise, service was made via regular first class mail.

| DEBTOR | |
|---|---|
| René Coumans<br>3415 FM 1567 E<br>Como, TX 75433<br>FAX: 903-488-9137 | MOO TOWN DAIRY, L.L.C.<br>3415 FM 1567 E.<br>Como, TX 75431<br>FAX: 903-488-9137 |

| TRUSTEE | |
|---|---|
| **Office of the United States Trustee**<br>110 N. College Avenue<br>Suite 300<br>Tyler, TX 75702<br>FAX: 903-590-1461<br>Email: USTPRegion06.TY.ECF@usdoj.gov | |

| SECURED LENDERS | |
|---|---|
| **Legacy, FLCA**<br>P.O. Box 468<br>303 Connally Street<br>Sulphur Springs, TX 75482<br>FAX: 903-885-0886 | **DATCU Credit Union**<br>P.O. Box 827<br>Denton, Texas 76202<br>FAX: 940-442-5520 |
| **Alliance Bank**<br>P.O. Box 500<br>100 West Jefferson Street<br>Sulphur Springs, TX 75483<br>FAX: 903-439-6724 | **Agriland, PCA**<br>Box 795<br>Sulphur Springs, TX 75483<br>FAX: 903-885-9346 |
| **Bank of the West**<br>2035 Fresno Street, 6th Floor<br>Fresno, CA 93721<br>FAX: 402-918-7788 | **CNH Capital America, LLC**<br>100 Brubaker Avenue<br>New Holland, PA 17557<br>FAX: 866-585-0286 |
| **Diversified Financial Services, LLC**<br>14010 First National Bank Pkwy, Suite 400<br>Omaha, NE 68154 | **VFS US LLC**<br>P.O. Box 26131<br>Greensboro, NC 27402 |

| | |
|---|---|
| FAX: 888-922-4634 | FAX: 336-931-4008 |
| **Dan Wayne Humphrey** | **Fifth Third Bank** |
| 632 Beth Lane | P.O. Box 630778 |
| Sulphur Springs, TX 75482 | Cincinnati, OH 45263 |
| FAX: | FAX: 513-561-6711 |

| **PARTIES IN INTEREST / REQUESTING NOTICE** |
|---|

**Lone Star Milk Producers**
217 Baird Lane
Windhorst, TX 76389-6023
FAX: 940-378-2571


/s/ Michael S. Mitchell
**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email** robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email** mike@demarcomitchell.com
1255 W. 15th Street, 805
Plano, TX 75075
**T** 972-578-1400
**F** 972-346-6791
*Proposed* **Counsel for Debtor and Debtor in Possession**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 10-43676<br>Eastern District of Texas<br>Sherman<br>Mon Oct 25 08:25:11 CDT 2010 | Agriland<br>3210 WNW Loop 323<br>Tyler, TX 75702-1302 | Alexander Alfalfa<br>P.O.Box 7<br>Hardtner, KS 67057-0007 |
| Alliance<br>P.O.Box 500<br>Sulphur Springs, TX 75483-0500 | Alliance Bank<br>P.O.Box 500<br>Sulphur Springs, TX 75483-0500 | American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 |
| Attorney General of Texas<br>Bankruptcy Reporting Contact<br>OAG/CSD/Mail Code 38<br>P.O. Box 12017<br>Austin, TX 78711-2017 | Attorney General of Texas<br>Taxation Division - Bankruptcy<br>Box 12548 Capitol Station<br>Austin, TX 78711-2548 | Baker<br>123 N Walnut Street<br>Peabody, KX 66866-1059 |
| Bank of the West<br>1075 Horsetooth Rd.<br>Suite 208<br>Fort Collins, CO 80526-5984 | CNH<br>P.O.Box 894703<br>Los Angeles, CA 90189-4703 | CNH Capitol<br>P.O. Box 1083<br>Evansville, IN 47706-1083 |
| COBA<br>1224 Alton Darby Creek Rd.<br>Columbus, OH 43228-9792 | Capitol One Bank<br>P.O. Box 60599<br>City of Industry, CA 91716-0599 | Cardmenber Service<br>P.O. Box 94014<br>Palatine, IL 60094-4014 |
| Carlton Rice Hulls<br>P.O,Box 125<br>Prim, AR 72130-0125 | Central Plains Trading<br>4330 Shawnee Mission Parkway<br>Suite 210<br>Fairway, KS 66205-2522 | Chase<br>P.O.Box 94014<br>Palatine, IL 60094-4014 |
| Citibusiness Card<br>P.O. Box 183051<br>Columbus, OH 43218-3051 | Cody West<br>2351 FM 1506<br>Paris, TX 75460-5124 | Commercial Glass<br>405 IH 30 West<br>Sulphur Springs, TX 75482-3685 |
| Commodity Specialist<br>P.O.Box 795219<br>St.Louis, MO 63179-0701 | Craddock Davis & Krause<br>3100 Monticello Ave<br>Suite 550<br>Dallas, TX 75205-3466 | Crop Production Services<br>2902 S Church St<br>Paris, TX 75462-8906 |
| DATCU<br>P.O.Box 827<br>Denton, TX 76202-0827 | Davis & Goldfarb<br>1219 Marquette Avenue South<br>Suite 200<br>Minneapolis, MN 55403-2486 | Robert T. DeMarco<br>DeMarco-Mitchell, PLLC<br>1255 West 15th St., 805<br>Plano, TX 75075-7225 |
| Dejoux Red River Farms Inc<br>18644 FM 197<br>Sumner, TX 75486-3202 | Dick Meyer  bv<br>N236  3rd court<br>Coloma, WI 54930-9000 | Diversified<br>P.O.Box 95662<br>Chicago, IL 60694-5662 |

| | | |
|---|---|---|
| Electric Motor Com<br>P.O.Box 892<br>1101 Como St.<br>Sulphur Springs, TX 75482-4549 | Fifth Third<br>P.O.Box 630778<br>Cincinnati, OH 45263-0778 | Forshey Prostok<br>777 Main St.<br>Suite 1290<br>Fort Worth, TX 76102-5316 |
| Frazer Frost LLP<br>135 S. State  College Blvd..<br>Suite 300<br>Brea, CA 92821-5819 | Genske Mulder Co.<br>4150 E. Concours Street<br>Suite 250<br>Ontario, CA 91764-5915 | Hopkins County Vet Clinic<br>129 Hillcrest Dr.<br>Sulphur Springs, TX 75482-3644 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | Johnsons Rainmaker<br>816 SW 26th Place<br>El Reno, OK 73036-5874 | Jongsma harvesting<br>5664 N FM 2869<br>Winnsboro, TX 75494-7492 |
| Kahn Soares Conway<br>1415 L Street<br>Suite 400<br>Sacramento, CA 95814-3963 | Legacy Commodites<br>P.O.Box 1629<br>Little Elm, TX 75068-1629 | Legacy Commodities<br>P.O.Box 1629<br>Little Elm, TX 75068-1629 |
| Legacy Land<br>P.O.Box 468<br>Sulphur Springs, TX 75483-0468 | Lhoist/Franklin Mineral<br>9020 Overlook Blvd.<br>Suite 200<br>Brentwood, TN 37027-2754 | M & M Custom Harvesting<br>2323 Rd 750<br>Bladen, NE 68928-7348 |
| Marcel Van Zee<br>3415 FM 1567 E<br>Como, TX 75431-3845 | Mastercard<br>P.O.Box30130<br>Tampa, FL 33630-3130 | Micro Beef Tech<br>P.O.Box 847268<br>Dallas, TX 75284-7268 |
| Moo Town Dairy, LLC<br>3415 FM 1567 E<br>Como, TX 75431-3845 | Moore Law Firm<br>100 North Main St.<br>Paris, TX 75460-4222 | Mr. D Humphrey<br>1700 Craig Ridge<br>Sulphur Springs, TX 75482-5086 |
| Multisteel Construction<br>3990 FM 1870<br>Sulphur Springs, TX 75482-8072 | Ohio State Univ.<br>700 Ackerman Place<br>Suite 360<br>Columbus, OH 43202-2328 | PHI Financial Services<br>P.O.Box 660635<br>Dallas, TX 75266-0635 |
| Pine Creek Nutrition<br>502 E Main St<br>Turlock, CA 95380-4518 | Rinze DeGroot<br>2821 FM 2948<br>Como, TX 75431-4225 | Ronnies Tire Service<br>1604 East Loop 301<br>Sulphur Springs, TX 75482-2100 |
| SEC<br>100 F Street, NE<br>Washington, DC 20549-2001 | Saginaw Flakes<br>500 Burlington Rd.<br>Saginaw, TX 76179-1308 | Scott Johnson Farms<br>120 US Hwy 84<br>Farwell, TX 79325-4514 |

| | | |
|---|---|---|
| Sprint<br>P.O.Box 660075<br>Dallas, TX 75266-0075 | Sunbelt Custom Min.<br>1276 FM 2560<br>Sulphur Springs, TX 75482-7708 | Tejas Cattle Ind.<br>800 Longhorn Trail<br>Wimberley, TX 78676-4248 |
| Texas State Comptroller<br>Capitol Station<br>Austin, TX 78774-0001 | Todd Transportation<br>P.O.Box 459<br>Rockwall, TX 75087-0459 | Tricounty Construction<br>970 Texas HW 37 S<br>Mount Vernon, TX 75457-6600 |
| U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | US Airways<br>P.O.Box 13337<br>Philadelphia, PA 19101-3337 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| US Comm<br>730 2nd Avenue South<br>Minneapolis, MN 55402-3400 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | United States Attorney<br>110 North College Ave., Ste. 700<br>Tyler, TX 75702-0204 |
| United States Trustee<br>110 North College Ave., Ste. 300<br>Tyler, TX 75702-7231 | Visa<br>P.O.Box 30131<br>Tampa, FL 33630-3131 | Volvo<br>P.O.Box 7247-0236<br>Philadelphia, PA 19170-0001 |
| Waste Management BV<br>P.O.Box 276<br>Lewisville, TX 75067-0276 | Waste Management MT<br>P.O.Box 276<br>Lewisville, TX 75067-0276 | Winkle Oil<br>301 W. Carnegie<br>Winnsboro, TX 75494-3105 |
| Winkle Oil<br>P.O.Box 62<br>Winnsboro, TX 75494-0062 | Wylie Sprayers<br>702 E. 40th St.<br>Lubbock, TX 79404-3006 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Internal Revenue Service -<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114-0326 | US Bank<br>P.O. Box 790408<br>St.Louis, MO 63179-0408 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Mr. D Humphrey            End of Label Matrix
1700 Craig Ridge             Mailable recipients   79
Sulphur Springs, TX 75482-5086   Bypassed recipients    1
                             Total                 80
```

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 10-43677<br>Eastern District of Texas<br>Sherman<br>Mon Oct 25 08:24:03 CDT 2010 | Agriland<br>3210 WNW Loop 323<br>Tyler, TX 75702-1302 | Alexander Alfalfa<br>P.O.Box 7<br>Hardtner, KS 67057-0007 |
| Alliance<br>P.O.Box 500<br>Sulphur Springs, TX 75483-0500 | Alliance Bank<br>P.O.Box 500<br>Sulphur Springs, TX 75483-0500 | American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 |
| Attorney General of Texas<br>Bankruptcy Reporting Contact<br>OAG/CSD/Mail Code 38<br>P.O. Box 12017<br>Austin, TX 78711-2017 | Attorney General of Texas<br>Taxation Division - Bankruptcy<br>Box 12548 Capitol Station<br>Austin, TX 78711-2548 | Baker<br>123 N Walnut Street<br>Peabody, KX 66866-1059 |
| Bank of the West<br>1075 Horsetooth Rd.<br>Suite 208<br>Fort Collins, CO 80526-5984 | CNH<br>P.O.Box 894703<br>Los Angeles, CA 90189-4703 | CNH Capitol<br>P.O. Box 1083<br>Evansville, IN 47706-1083 |
| COBA<br>1224 Alton Darby Creek Rd.<br>Columbus, OH 43228-9792 | Capitol One Bank<br>P.O. Box 60599<br>City of Industry, CA 91716-0599 | Cardmenber Service<br>P.O. Box 94014<br>Palatine, IL 60094-4014 |
| Carlton Rice Hulls<br>P.O,Box 125<br>Prim, AR 72130-0125 | Central Plains Trading<br>4330 Shawnee Mission Parkway<br>Suite 210<br>Fairway, KS 66205-2522 | Chase<br>P.O.Box 94014<br>Palatine, IL 60094-4014 |
| Citibusiness Card<br>P.O. Box 183051<br>Columbus, OH 43218-3051 | Cody West<br>2351 FM 1506<br>Paris, TX 75460-5124 | Commercial Glass<br>405 IH 30 West<br>Sulphur Springs, TX 75482-3685 |
| Commodity Specialist<br>P.O.Box 795219<br>St.Louis, MO 63179-0701 | Ren H. Coumans<br>3425 FM 1567 E<br>Como, TX 75431 | Craddock Davis & Krause<br>3100 Monticello Ave<br>Suite 550<br>Dallas, TX 75205-3466 |
| Crop Production Services<br>2902 S Church St<br>Paris, TX 75462-8906 | DATCU<br>P.O.Box 827<br>Denton, TX 76202-0827 | Davis & Goldfarb<br>1219 Marquette Avenue South<br>Suite 200<br>Minneapolis, MN 55403-2486 |
| Robert T. DeMarco<br>DeMarco-Mitchell, PLLC<br>1255 West 15th St., 805<br>Plano, TX 75075-7225 | Dejoux Red River Farms Inc<br>18644 FM 197<br>Sumner, TX 75486-3202 | Dick Meyer bv<br>N236 3rd court<br>Coloma, WI 54930-9000 |

| | | |
|---|---|---|
| Diversified<br>P.O.Box 95662<br>Chicago, IL 60694-5662 | Electric Motor Com<br>P.O.Box 892<br>1101 Como St.<br>Sulphur Springs, TX 75482-4549 | Fifth Third<br>P.O.Box 630778<br>Cincinnati, OH 45263-0778 |
| Forshey Prostok<br>777 Main St.<br>Suite 1290<br>Fort Worth, TX 76102-5316 | Frazer Frost LLP<br>135 S. State  College Blvd..<br>Suite 300<br>Brea, CA 92821-5819 | Genske Mulder Co.<br>4150 E. Concours Street<br>Suite 250<br>Ontario, CA 91764-5915 |
| Hopkins County Vet Clinic<br>129 Hillcrest Dr.<br>Sulphur Springs, TX 75482-3644 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | Johnsons Rainmaker<br>816 SW 26th Place<br>El Reno, OK 73036-5874 |
| Jongsma harvesting<br>5664 N FM 2869<br>Winnsboro, TX 75494-7492 | Kahn Soares Conway<br>1415 L Street<br>Suite 400<br>Sacramento, CA 95814-3963 | Legacy Commodites<br>P.O.Box 1629<br>Little Elm, TX 75068-1629 |
| Legacy Commodities<br>P.O.Box 1629<br>Little Elm, TX 75068-1629 | Legacy Land<br>P.O.Box 468<br>Sulphur Springs, TX 75483-0468 | Lhoist/Franklin Mineral<br>9020 Overlook Blvd.<br>Suite 200<br>Brentwood, TN 37027-2754 |
| M & M Custom Harvesting<br>2323 Rd 750<br>Bladen, NE 68928-7348 | Marcel Van Zee<br>3415 FM 1567 E<br>Como, TX 75431-3845 | Mastercard<br>P.O.Box30130<br>Tampa, FL 33630-3130 |
| Micro Beef Tech<br>P.O.Box 847268<br>Dallas, TX 75284-7268 | Moore Law Firm<br>100 North Main St.<br>Paris, TX 75460-4222 | Mr. D Humphrey<br>1700 Craig Ridge<br>Sulphur Springs, TX 75482-5086 |
| Multisteel Construction<br>3990 FM 1870<br>Sulphur Springs, TX 75482-8072 | Ohio State Univ.<br>700 Ackerman Place<br>Suite 360<br>Columbus, OH 43202-2328 | PHI Financial Services<br>P.O.Box 660635<br>Dallas, TX 75266-0635 |
| Pine Creek Nutrition<br>502 E Main St<br>Turlock, CA 95380-4518 | Rinze DeGroot<br>2821 FM 2948<br>Como, TX 75431-4225 | Ronnies Tire Service<br>1604 East Loop 301<br>Sulphur Springs, TX 75482-2100 |
| SEC<br>100 F Street, NE<br>Washington, DC 20549-2001 | Saginaw Flakes<br>500 Burlington Rd.<br>Saginaw, TX 76179-1308 | Scott Johnson Farms<br>120 US Hwy 84<br>Farwell, TX 79325-4514 |

| | | |
|---|---|---|
| Sprint<br>P.O.Box 660075<br>Dallas, TX 75266-0075 | Sunbelt Custom Min.<br>1276 FM 2560<br>Sulphur Springs, TX 75482-7708 | Tejas Cattle Ind.<br>800 Longhorn Trail<br>Wimberley, TX 78676-4248 |
| Texas State Comptroller<br>Capitol Station<br>Austin, TX 78774-0001 | Todd Transportation<br>P.O.Box 459<br>Rockwall, TX 75087-0459 | Tricounty Construction<br>970 Texas HW 37 S<br>Mount Vernon, TX 75457-6600 |
| U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | US Airways<br>P.O.Box 13337<br>Philadelphia, PA 19101-3337 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| US Comm<br>730 2nd Avenue South<br>Minneapolis, MN 55402-3400 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | United States Attorney<br>110 North College Ave., Ste. 700<br>Tyler, TX 75702-0204 |
| United States Trustee<br>110 North College Ave., Ste. 300<br>Tyler, TX 75702-7231 | Visa<br>P.O.Box 30131<br>Tampa, FL 33630-3131 | Volvo<br>P.O.Box 7247-0236<br>Philadelphia, PA 19170-0001 |
| Waste Management BV<br>P.O.Box 276<br>Lewisville, TX 75067-0276 | Waste Management MT<br>P.O.Box 276<br>Lewisville, TX 75067-0276 | Winkle Oil<br>301 W. Carnegie<br>Winnsboro, TX 75494-3105 |
| Winkle Oil<br>P.O.Box 62<br>Winnsboro, TX 75494-0062 | Wylie Sprayers<br>702 E. 40th St.<br>Lubbock, TX 79404-3006 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Internal Revenue Service -<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114-0326 | US Bank<br>P.O. Box 790408<br>St.Louis, MO 63179-0408 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Mr. D Humphrey              End of Label Matrix
1700 Craig Ridge               Mailable recipients    79
Sulphur Springs, TX 75482-5086 Bypassed recipients     1
                               Total                  80
```