**DeMarco•Mitchell, PLLC**
Robert T. DeMarco
Michael S. Mitchell
1255 West 15th St., 805
Plano, TX 75075
**T** 972-578-1400
**F** 972-346-6791

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| **IN RE:** | **Case No.:**     **10-43677** |
| | |
| **RENÉ H. COUMANS** | **Chapter:**     **11** |
| XXX-XX-1816 | **[JOINT ADMINISTRATION REQUESTED]** |
| 3415 FM 1567 E. | |
| Como, TX 75431 | |
| Debtor(s). | |
| **IN RE:** | **Case No.:**     **10-43676** |
| | |
| **MOO TOWN DAIRY, L.L.C.** | **Chapter:**     **11** |
| 20-4909319 | **[JOINT ADMINISTRATION REQUESTED]** |
| 3415 FM 1567 E. | |
| Como, TX 75431 | **HEARING DATE:  October 26, 2010** |
| Debtor(s). | **HEARING TIME:  1:30    p.m.** |

## DEBTOR'S EMERGENCY MOTION FOR ORDER AUTHORIZING
## THE INTERIM AND FINAL USE OF CASH COLLATERAL

### NOTICE

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION.  IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.  IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING.  IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

**COMES NOW**, René H. Coumans, and Moo Town Dairy, L.L.C., Debtors and Debtors in possession in the above-styled and numbered case (collectively, the "Debtor"), and files this *Debtor's Emergency Motion for Order Authorizing the Interim Use of Cash Collateral* by and through the undersigned attorney. The Debtor requests the entry of an interim order substantially in the form attached hereto as Exhibit "A" (the "interim Order") and a final order (the "Final Order", and in conjunction with the Interim Order, the "Cash Collateral Orders"), pursuant to 11 U.S.C. §§ 105, 361, and 363 and Federal Rules of Bankruptcy Procedure 4001 and 9014: (a) authorizing the Debtor to use the cash collateral of the Secured Lender (defined *infra*) and granting adequate protection thereto; and (b) prescribing the form and manner of notice and setting the time for the final hearing on this Motion (the "Final Hearing"). The facts and circumstances supporting this Motion are set forth in the Affidavit of René Coumans (the "Coumans Affidavit"), filed concurrently herewith. In support thereof the Debtor respectfully shows the Court as follows:

## I. <u>JURISDICTION</u>

1. The Court has jurisdiction over the subject matter of this Motion pursuant to 28 U.S.C. §1334(b) and the standing order of reference of the District Court. This matter is a core proceeding. 28 U.S.C. §§ 157(b)(1), (b)(2)(M).

2. Venue in this Court is proper under 28 U.S.C. §§ 1408 and 1409.

3. The bases for the relief requested herein are sections 105, 361 and 363 of title 11 of United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and LBR 4001 of the United States Bankruptcy Court for the Eastern District of Texas (the "Court").

## II. BACKGROUND

### A. Procedural History

4.      This case was commenced by the filing of a voluntary petition under Chapter 11 of the United States Bankruptcy Code on October 25, 2010 (the "Petition Date").

5.      No trustee or examiner has been appointed, and no official committee of creditors has yet been established.

### B. Business History and Operations

6.      The Debtor currently owns and operates a dairy farming operation located in Northeast Texas (the "Dairy Farm").

7.      René Coumans ("Coumans") started Belle Vue Dairy (the "Dairy Farm") in November, 1999, when he, along with his ex-spouse, purchased 164 acres of land and a small milk barn in Hopkins County, Texas.  A small home adjacent to the original 164 acres was purchased soon thereafter and became Coumans' present homestead.  The Dairy Farm began operations utilizing the services of only Coumans and one employee.

8.      In June, 2000, the Dairy Farm expanded its operations with the purchase of an additional 100 cattle.  Coumans also implemented a heifer-raising program during 2000 which allowed the Dairy Farm to begin rearing heifer calves born on the farm for use as milk cows. This program allowed the Dairy Farm to:  (1) replenish its herd size internally, thereby minimizing its need to purchase replacement milk cows; and (2) shield it from price fluctuations in the cattle market.

9.      The Dairy Farm continued to expand its operations when, in 2002, with its lease of the Friskes Dairy.  The lease of the Friskes Dairy facility allowed the Debtor to double its milking cattle herd size in three years to approximately 1000 milking cows in 2005.

10.     The growth of the Dairy Farm operations attracted more favorable financing from larger national lenders.  In 2004, the Debtor entered into a credit facility with Bank of the West.

11.     In early 2005, the Debtor was presented with the opportunity to acquire additional land and facilities that would allow for indoor housing of milk cows and for the on-site production of feed.  This facility is commonly referred to as the Moo Town Dairy.  The Debtor entered into a three year lease-purchase agreement with the assistance of Agriland and Bank of the West to acquire the Moo Town Dairy.  At this juncture, the Debtor's herd size increased to approximately 1800 to 1900 cattle housed on three facilities.  The original Belle Vue Dairy housed approximately 800 cows, the leased Friskes Dairy about 300, and the newly acquired Moo Town Dairy about 750.  The total number of employees rose to about 26.

12.     In May, 2006, the Debtor further expanded its operations when it entered into an owner-financed agreement to purchase Sonador Dairy, LLC.  This acquisition added 450 acres of land and an additional 700 head of cattle to the operation.

13.     By July, 2006, the Debtor was housing approximately 2400 cows on the four facilities described above.

14.     In August, 2006, the decision was made to terminate the lease of the Friskes Dairy to allow the Debtor to focus on the operation of the three larger, and more profitable, dairy locations.

15.     In 2008, the Debtor created Bokito Farming, LLC ("Bokito"), to provide some separation of the dairy and farming aspects of its business operations.  Bokito is currently on title to most, if not all, of the farming equipment.

16.     The Debtor currently employs approximately 30 individuals who work with

approximately 1900 milking cows, 1000 head of dry cows in pasture, 45 breeding bulls, and approximately 2300 heifer calves of between 1 day and two years of age.

17.    The Debtor's business operates 24/7 and is focused upon the care and feeding of dairy cows used in the production of milk for sale to wholesale buyers.   The Debtor also generates additional revenue from the sale of certain cattle, primarily bull calves and/or older or non-producing dairy cows (collectively, the "Cull Cows").

18.    The Debtor, like other dairy farming operations throughout the country, has faced serious economic challenges in the recent past.  Milk prices plummeted to historic lows in 2009.  Although milk prices have recovered somewhat during 2010, the pricing of product and the overall cost of production continue to provide challenges for the Dairy Farm's profitability. Adding to the Debtor's financial challenges is the fact that agricultural lenders are markedly less willing and/or able to work with borrowers to extend loan payments in the current economy. Despite all of the recent economic challenges faced by the Dairy industry, the Debtor has been profitable from day one and throughout the course of its business operations.

19.    The case *sub judice* is basically a balance sheet restructuring case and not an operational restructuring case.  The Debtor's assets and going concern value are worth less today than they were worth in 2004 when the Debtor most recently restructured its finances with Bank of the West.  This case is filed to restructure an overleveraged balance sheet, not to restructure operations *per se*.

## C. Secured Lenders

20.    In accord with Bankruptcy Rule 4001(b)(1)(B)(i) and (iii), the Debtor's secured obligations include the following creditors:

21.     The following table reflects those secured creditors[1] that filed a UCC-1 financing statement in order to perfect a security interest in personal property:

| LENDER | COLLATERAL |
|---|---|
| **DATCU Credit Union** <br> P.O. Box 827 <br> Denton, Texas 76202 <br> FAX: 940-442-5520 <br> **Date of Loan:** May 3, 2010 <br> **Listed as Lienholder on title** <br> **Obligor(s):** René H. Coumans | 2005 Chevrolet C2500 <br> VIN: 1GCHC24G55E238031 |
| **Fifth Third Bank** <br> P.O. Box 630778 <br> Cincinnati, OH 45263 <br> FAX: 513-561-6711 <br> **Date of Loan:** February 18, 2006 <br> **Listed as Lienholder on title** <br> **Obligor(s):** René H. Coumans | GMC 2500 Pick Up |
| **Alliance Bank** <br> P.O. Box 500 <br> 100 West Jefferson Street <br> Sulphur Springs, TX 75483 <br> FAX: 903-439-6724 <br> **Date of Loan:** June 28, 2007 <br> **Listed as Lienholder on title** <br> **Obligor(s):** René H. Coumans | 2006 Porsche SUV <br> VIN: A26210 |
| **Agriland, PCA** <br> Box 795 <br> Sulphur Springs, TX 75483 <br> FAX: 903-885-9346 <br> **UCC-1 Filed:** January 27, 2004 <br> **Termination Filed:** November 15, 2004 <br> **Continuation Statement Filed:** December 16, 2008 <br> **Obligor(s):** René H. Coumans <br> Anne Coumans-Van de Vijver <br> **NOTE:** The Termination Statement appears to terminate the security interest as to René H. Coumans. | All milk and Accounts receivable from milk <br><br> All crop, feed and feed inventories <br><br> All livestock, branded or unbranded, or in the possession of debtor or hereafter acquired by way of replacement, substitution, increase or addition and/or inventory |
| **Agriland, PCA** <br> Box 795 <br> Sulphur Springs, TX 75483 <br> FAX: 903-885-9346 <br> **UCC-1 Filed:** August 10, 2004 <br> **Amendment Filed:** October 20, 2004 <br> **Continuation Statement Filed:** July 9, 2009 | 2004 Clayton Homes Mobile Home Mdl # Spirit III 56x14 Sn#CBH014007TX <br><br> 2004 Clayton Homes Mobile Home Mdl # Spirit II 46x14 Sn#CBH014012TX <br><br> Added by Amendment: <br> 2004 Clayton Homes Spirit III 14X56 Model #35SP114563AH05 Mobile Home Sn#CBH01423TX |

---

[1] Premised upon the UCC-1 filings and other related security documents reviewed to date of both the Debtor and affiliates of the Debtor.

| Obligor(s): | René H. Coumans |
| | Anne Coumans-Van de Vijver |

**Bank of the West**
2035 Fresno Street, 6th Floor
Fresno, CA 93721
FAX: 402-918-7788

| | |
|---|---|
| **UCC-1 Filed:** | January 10, 2005 |
| **Amendment Filed:** | March 3, 2006 |
| **Amendment Filed:** | February 22, 2007 |
| **Amendment Filed:** | February 22, 2007 |
| **Amendment Filed:** | February 22, 2007 |
| **Amendment Filed:** | August 7, 2009 |
| **Continuation Statement Filed:** | July 20, 2009 |

**NOTE:** The March 3 Amendment terminated the security interest as to Anne Coumans-Van de Vijver.

**NOTE:** The February 22, 2007 Amendments added additional debtors and "restated" the collateral description.

**NOTE:** The Milk collateral description is qualified as "All California Department of Agriculture Milk Products Quota and Production Base...."

| Obligor(s): | René H. Coumans |
| | Anne Coumans-Van de Vijver |
| **Addl. Obligors (2/22/2007):** | Moo Town Dairy, LLC |
| | Sonador Dairy, LLC |
| **Addl. Obligors (8/17/2009):** | Bokito Farming, LLC |

The Debtor hereby grants to the Secure Party and the assignee (if any) of the Secured Party a security interest in and to all of the following property in which the Debtor now has or hereafter acquires any right, title or interest, wheresoever located and whether in the possession of the Debtor or any other person, and all accession, improvements, additions, substitutions and replacements thereto and thereof, and all proceeds thereof (including but not limited to accounts, chattel paper, documents, instruments, deposit accounts and general intangibles)

"All assets whether now owned or hereafter acquired"

**Restated Collateral Description:** The Debtor hereby grants to the Secure Party and the assignee (if any) of the Secured Party a security interest in and to all of the following property in which the Debtor now has or hereafter acquires any right, title or interest, wheresoever located and whether in the possession of the Debtor or any other person, and all accession, improvements, additions, substitutions and replacements thereto and thereof, and all proceeds thereof (including but not limited to accounts, chattel paper, documents, instruments, deposit accounts and general intangibles)

Equipment ..., Inventory ..., Accounts ..., Documents ..., Monies ..., Crop ..., Livestock ..., Farm Products ..., Milk Products ..., Assets ....

**Agriland, PCA**
Box 795
Sulphur Springs, TX 75483
FAX: 903-885-9346

| | |
|---|---|
| **UCC-1 Filed:** | March 30, 2005 |
| **Amendment Filed:** | November 13, 2006 |
| **Continuation Statement Filed:** | November 24, 2009 |

1992 Fiat-Allis Wheel Loader MDL#FR10B SN#611577
Fiat Tractor w/cab MFWD MDL#100-90 SN#353995
Jako Manure Tank, Pump, 3200 Gal. MDL#3200 SN#4824
Knight Pro Twin Slinger MDL#8030 SN#164
United Farm Tools Silage Wagon MDL#4200
United Farm Tools Silage Wagon MDL#4200
1992 Miedema Silage Dump Wagon MDL#HST 125 SN#92-5015
1200 Ft ABI Hose Reel w/Turbine Motor
Katolight PTO Generator MDL#55AVR3 SN#96509
10 Ft Great Plain No Till Drill SN#85-46U
14 Ft JD Tandem Disc SN#011011A
H&S 12 Wheel Rake SN#791631
1999 Case-IH Mower/Conditioner MDL#8312 SN#CFH0108694
1994 Dodge PU Diesel MDL#2500 SN#167K62603R5507294
1994 Case Tractor, Cab MFWD MDL#7210 SN#JJA0054436
2001 Case Skid Steer Loader MDL#1840 SN#361948
2000 Case Tractor, MWFD MDL#MX110 SN#13750
1999 Case Forage Chopper MFL#1500 SN#CFH0071720
Great Bend Loader MDL#860 SN#13750
Artsway Mixer Wagon MDL#1500 SN#AWSMIXL500990176
Houle 4" Verticle Agri-Pump, w/6" Pipe MDL#NIP SN#1903-02272-63018
OCMIS 100K PTO Pump Trailer Mounted SN#TV170SSL
1998 Case Tractor, MWFD, Cab MDL#MX150 SN#JJH0097023
**Additional Collateral:**
12Ft Scraper
2006 Neckover Drop Deck Cattle Trailer MDL 40ft X 7'6" SN#1NGL40216T263457
1995 Case Tractor MDL#9280 SN#JEE0033020
Degelman Dozer Blade SN#21711
Krause 30ft Chisel Plow
Bigham Brothers 8 Leg Parratill SN#7305013

**NOTE:** November 13 Amendment added additional collateral

| Obligor(s): | René H. Coumans |
| | Anne Coumans-Van de Vijver |

**Alliance Bank**
100 West Jefferson Street
Sulphur Springs, TX 75483
FAX: 903-439-6724

Rake #002245
Kuhn Tedder #A2155
Case Tractor #025061

| | |
|---|---|
| **UCC-1 Filed:** | April 15, 2005 |
| **Continuation Statement Filed:** | December 30, 2009 |
| **Obligor(s):** | René H. Coumans |

---

**CNH Capital America, LLC**
100 Brubaker Avenue
New Holland, PA 17557
FAX: 866-585-0286

CASEIH 9250 Tractor JEE34512 DEGELM 7200 Blade 112205

| | |
|---|---|
| **UCC-1 Filed:** | March 6, 2007 |
| **Obligor(s):** | René H. Coumans |

---

**Alliance Bank**
P.O. Box 500
100 West Jefferson Street
Sulphur Springs, TX 75483
FAX: 903-439-6724

New Mixer Wagon Triollett 3200 ZK #09675

| | |
|---|---|
| **UCC-1 Filed:** | April 10, 2007 |
| **Obligor(s):** | René H. Coumans |

---

**Legacy, FLCA**
P.O. Box 468
303 Connally Street
Sulphur Springs, TX 75482
FAX: 903-885-0886

All improvements, equipment, facilities or other machinery of every kind and description, used in the farming operation of the Debtor or Debtors, expressly including any and all additions, substitutions or replacements and all such equipment now owned or hereafter acquired, wherever located, and including all proceeds from the sale or disposition thereof, including insurance proceeds and including but not limited to any accounts, contract and general intangibles related thereto: Purchase money on a Case IH 8580 4x4 Square Baler #CFH0026858.

**Additional Collateral:** Case MX100 4wd tractor with Great Bender loader, John Deere 7405 135 HP Tractor with John Deere Loader, 2005 JX95 Tractor #J023996 with 2005 Case LX132 Loader #CAE020080

| | |
|---|---|
| **UCC-1 Filed:** | June 1, 2007 |
| **Amendment Filed:** | June 24, 2010 |
| **NOTE:** Amendment added collateral | |
| **Obligor(s):** | René H. Coumans |

---

**CNH Capital America, LLC**
100 Brubaker Avenue
New Holland, PA 17557
FAX: 866-585-0286

CASEIH 7150 Tractor JJA0045824

| | |
|---|---|
| **UCC-1 Filed:** | June 21, 2007 |
| **Obligor(s):** | René H. Coumans |

---

**Diversified Financial Services, LLC**
14010 First National Bank Pkwy, Suite 400
Omaha, NE 68154
FAX: 888-922-4634

New Model 8000 Valley Pivot 747' 4T; New Model 4500M Cadman Hard Hose Drag Reel w/ Cadman 6003 3-Point Hose Caddy with 1320' 6" Hose & Cadman 2-nozzle Manure Boom; 1 New John Deere Engine, New 40KW John Deere Genset on Trailer, 30HP Floating Pump; 1600' 6" PIP PVC, 800' 8" IPS, 900' #6 Wire, Misc. Valves & Fittings; 10500' 10" IPS Pipe, 2500' #6 Wire; New Model 8000 Valley Pivot 800' 4-Tower.

| | |
|---|---|
| **UCC-1 Filed:** | September 18, 2007 |
| **Obligor(s):** | René H. Coumans |

**Alliance Bank**
P.O. Box 500
100 West Jefferson Street
Sulphur Springs, TX 75483
FAX: 903-439-6724
**UCC-1 Filed:** October 23, 2007
**Obligor(s):** René H. Coumans

New Triolielt 3200 Feed Wagon #10429-05, New Meyer 8865T Manor Wagon #088865300

**CNH Capital America, LLC**
100 Brubaker Avenue
New Holland, PA 17557
FAX: 866-585-0286
**UCC-1 Filed:** February 29, 2008
**Obligor(s):** René H. Coumans

CASEIH 115 Tractor Z7BE02686 CASEIH 115,Tractor Z7BE02860
CASEIH 115 Tractor Z7BE02680 CASEIH 115 Tractor Z7BE02838
CASEIH 110 Tractor Z7BE03001

**CNH Capital America, LLC**
100 Brubaker Avenue
New Holland, PA 17557
FAX: 866-585-0286
**UCC-1 Filed:** March 20, 2008
**Obligor(s):** René H. Coumans

CASEIH 125 Tractor Z8BE02184

**CNH Capital America, LLC**
100 Brubaker Avenue
New Holland, PA 17557
FAX: 866-585-0286
**UCC-1 Filed:** May 8, 2008
**Obligor(s):** René H. Coumans

CASEIH JX80 Tractor HFJ051272 CASEIH JX60 Tractor HFJ051272
CASEIH JX60 Tractor HFJ051095 CASEIH LX730 Loader Y7WLE4709
CASEIH LX720 Loader Y7WLA4306

**Alliance Bank**
P.O. Box 500
100 West Jefferson Street
Sulphur Springs, TX 75483
FAX: 903-439-6724
**UCC-1 Filed:** June 2, 2008
**Obligor(s):** René H. Coumans

New Sprayer Equipment #8004 VS21353-24 Controller #SCS 44- AECK

**Alliance Bank**
P.O. Box 500
100 West Jefferson Street
Sulphur Springs, TX 75483
FAX: 903-439-6724
**UCC-1 Filed:** July 11, 2008
**Obligor(s):** Bokito Farming, LLC

All Equipment now owned or hereafter acquired and all products and proceeds of the foregoing, together with all increases, including but not limited to:
Triloliet 3200 Feed Wagon #10429-05 Meyer 8865T Manure Wagon #088865300 Case Tractor #025061 Rake #002245 Kuhn Tedder #A2155 Triollett 3200 ZK Mixer Wagon #09675 Sprayer Equipment #8004 VS 21353-24 Controller #SCS 440 AECK

**Diversified Financial Services, LLC**
14010 First National Bank Pkwy, Suite 400
Omaha, NE 68154
FAX: 888-922-4634
**UCC-1 Filed:** September 4, 2008
**Amendment Filed:** September 4, 2008
**NOTE:** Amendment restated collateral
**Obligor(s):** René H. Coumans

1 New 2008 Model 8000 Valley Pivot 567' 3-Tower, 700' 6" PVC, 900' #6 Wire, 2 Surge Tanks, Rotophase, Misc. Valves & Fittings.

**Restated Collateral Description:** 1 New 2008 Model 8000 Valley Pivot 567' 3-Tower, 700' 6" PVC, 900' #6 Wire, 2 Surge Tanks, Rotophase, Misc. Valves & Fittings, 400' 6" PVC, 400' #6 Wire w/ 12/2, Surge Tank.

| | |
|---|---|
| **VFS US LLC**<br>P.O. Box 26131<br>Greensboro, NC 27402<br>FAX: 336 931 4008<br>**UCC-1 Filed:** October 22, 2008<br>**Amendment Filed:** October 24, 2008<br>**NOTE:** October 24 Amendment corrected address of obligor.<br>**Obligor(s):** Bokito Farming, LLC | 2008 Volvo L45 Serial Number ending in the last (4) numeric digits of 3011 with the following attachments: 94" Volvo Bucket s/n 94072; together with all parts, accessories, attachments, substitutions, repairs, improvements and replacements and any and all cash and non-cash proceeds thereof, including, without limitation, insurance proceeds. |
| **VFS US LLC**<br>P.O. Box 26131<br>Greensboro, NC 27402<br>FAX: 336 931 4008<br>**UCC-1 Filed:** April 20, 2009<br>**Obligor(s):** Bokito Farming, LLC | 2008 Volvo L45 Serial Number ending in the last (4) numeric digits of 2245 with all the standard attachments; together with all parts, accessories, attachments, substitutions, repairs, improvements and replacements and any and all cash and non-cash proceeds thereof, including, without limitation, insurance proceeds. |
| **CNH Capital America, LLC**<br>100 Brubaker Avenue<br>New Holland, PA 17557<br>FAX: 866-585-0286<br>**UCC-1 Filed:** July 3, 2009<br>**Obligor(s):** Bokito Farming, LLC | CASEIH 85U FARMALL Z9JL02372 CASEIH LX730 Loaders Y8WLE5089 |
| **CNH Capital America, LLC**<br>100 Brubaker Avenue<br>New Holland, PA 17557<br>FAX: 866-585-0286<br>**UCC-1 Filed:** July 16, 2009<br>**Obligor(s):** Bokito Farming, LLC | CASEIH 85U FARMALL Z9JL02372 CASEIH LX730 Loaders Y8WLE5089 |
| **CNH Capital America, LLC**<br>100 Brubaker Avenue<br>New Holland, PA 17557<br>FAX: 866-585-0286<br>**UCC-1 Filed:** July 2, 2010<br>**Obligor(s):** René H. Coumans | CASEIH 9250 Tractors 100PTO JCB0030720 Degelm 7200 Dozer Blade |
| **CNH Capital America, LLC**<br>100 Brubaker Avenue<br>New Holland, PA 17557<br>FAX: 866-585-0286<br>**UCC-1 Filed:** September 17, 2010<br>**Obligor(s):** René H. Coumans | CASEIH 9330 Tractors 100PTO JEE0068910 Degelm 14-1 Blade 16037 |

The Debtor's secured obligations also include the following creditors[2], which obligations are secured by real property:

---

[2] This is premised upon a review of the promissory notes and deeds of trust reviewed to date.

| LENDER | COLLATERAL |
|---|---|
| **Legacy, FLCA**<br>P.O. Box 468<br>303 Connally Street<br>Sulphur Springs, TX 75482<br>FAX: 903-885-0886<br>**Date of Loan:** Unknown as of Petition Date<br>**Interest Rate:** Unknown as of Petition Date<br>**Maturity Date:** Unknown as of Petition Date<br>**Original Amount:** Unknown as of Petition Date | Refer to number "7" on Exhibit "B" for general location of the subject real property. |
| **Legacy, FLCA**<br>P.O. Box 468<br>303 Connally Street<br>Sulphur Springs, TX 75482<br>FAX: 903-885-0886<br>**Date of Loan:** Unknown as of Petition Date<br>**Interest Rate:** Unknown as of Petition Date<br>**Maturity Date:** Unknown as of Petition Date<br>**Original Amount:** Unknown as of Petition Date | Refer to number "8" on Exhibit "B" for general location of the subject real property. |
| **Legacy, FLCA**<br>P.O. Box 468<br>303 Connally Street<br>Sulphur Springs, TX 75482<br>FAX: 903-885-0886<br>**Date of Loan:** November 30, 2006<br>**Interest Rate:** 7.4%<br>**Maturity Date:** November 1, 2026<br>**Original Amount:** $168,300.00 | Refer to number "9" on Exhibit "B" for general location of the subject real property. |
| **Legacy, FLCA**<br>P.O. Box 468<br>303 Connally Street<br>Sulphur Springs, TX 75482<br>FAX: 903-885-0886<br>**Date of Loan:** Unknown as of Petition Date<br>**Interest Rate:** Unknown as of Petition Date<br>**Maturity Date:** Unknown as of Petition Date<br>**Original Amount:** Unknown as of Petition Date | Refer to number "10" on Exhibit "B" for general location of the subject real property. |
| **Legacy, FLCA**<br>P.O. Box 468<br>303 Connally Street<br>Sulphur Springs, TX 75482<br>FAX: 903-885-0886<br>**Date of Loan:** January 10, 2007<br>**Interest Rate:** 7.45%<br>**Maturity Date:** January 1, 2027<br>**Original Amount:** $178,500.00 | Refer to number "11" on Exhibit "B" for general location of the subject real property. |

| | | |
|---|---|---|
| **Legacy, FLCA** | | |
| P.O. Box 468 | | |
| 303 Connally Street | | |
| Sulphur Springs, TX 75482 | | |
| FAX: 903-885-0886 | | Refer to number "12" on Exhibit "B" for general |
| **Date of Loan:** | April 18, 2007 | location of the subject real property. |
| **Interest Rate:** | 8.5% | |
| **Maturity Date:** | April 1, 2027 | |
| **Original Amount:** | $276,200.00 | |

| | | |
|---|---|---|
| **Legacy, FLCA** | | |
| P.O. Box 468 | | |
| 303 Connally Street | | |
| Sulphur Springs, TX 75482 | | |
| FAX: 903-885-0886 | | Refer to number "13" on Exhibit "B" for general |
| **Date of Loan:** | August 17, 2007 | location of the subject real property. |
| **Interest Rate:** | 7.65% | |
| **Maturity Date:** | **August 1, 2027** | |
| **Original Amount:** | $482,600.00 | |

| | | |
|---|---|---|
| **Legacy, FLCA** | | |
| P.O. Box 468 | | |
| 303 Connally Street | | |
| Sulphur Springs, TX 75482 | | |
| FAX: 903-885-0886 | | Refer to number "14" on Exhibit "B" for general |
| **Date of Loan:** | January 11, 2008 | location of the subject real property. |
| **Interest Rate:** | 7% | |
| **Maturity Date:** | January 1, 2028 | |
| **Original Amount:** | $453,400.00 | |

| | | |
|---|---|---|
| **Legacy, FLCA** | | |
| P.O. Box 468 | | |
| 303 Connally Street | | |
| Sulphur Springs, TX 75482 | | |
| FAX: 903-885-0886 | | Refer to number "15" on Exhibit "B" for general |
| **Date of Loan:** | October 15, 2008 | location of the subject real property. |
| **Interest Rate:** | 0.25% over prime | |
| **Maturity Date:** | February 1, 2024 | |
| **Original Amount:** | $275,000.00 | |

| | | |
|---|---|---|
| **Dan Wayne Humphrey** | | |
| 632 Beth Lane | | |
| Sulphur Springs, TX 75482 | | |
| FAX: | | Refer to number "1" on Exhibit "B" for general location |
| **Date of Loan:** | May 22, 2006 | of the subject real property. |
| **Interest Rate:** | 8% | |
| **Maturity Date:** | May 22, 2026 | |
| **Original Amount:** | 1,400,000.00 | |

| | | |
|---|---|---|
| **Agriland, PCA** | | |
| P.O. Box 120010 | | |
| Tyler, TX 75712 | | |
| FAX: 903-885-9346 | | Refer to number "5" on Exhibit "B" for general location |
| **Date of Loan:** | July 6, 2007 | of the subject real property. |
| **Interest Rate:** | 8% | |
| **Maturity Date:** | July 1, 2012 | |
| **Original Amount:** | $20,565.00 | |
| **Bank of the West** | | |
| 2035 Fresno Street, 6th Floor | | |
| Fresno, CA 93721 | | |
| FAX: 402-918-7788 | | |
| **LIVESTOCK ACQUISITION FACILITY** | | |
| **Date of Loan:** | August 7, 2009 | |
| **Interest Rate:** | Applicable Floating Rate plus 2.75% | See UCC-1 Filing information *supra*. |
| **Maturity Date:** | January 20, 2010 | |
| **Debt Ceiling:** | $4,850.000.00 | |
| **ACQUISITION FEED LINE OF CREDIT** | | |
| **Date of Loan:** | August 7, 2009 | |
| **Interest Rate:** | Applicable Floating Rate plus 2.75% | See UCC-1 Filing information *supra*. |
| **Maturity Date:** | January 20, 2010 | |
| **Debt Ceiling:** | $1,400,000.00 | |
| **TERM LOAN** | | |
| **Date of Loan:** | August 7, 2009 | Refer to number "16" on Exhibit "B" for general |
| **Interest Rate:** | Applicable Floating Rate plus 1.75% | location of the subject real property. |
| **Maturity Date:** | May 20, 2018 | |
| **Original Amount:** | $2,346,000.00 | |

22.     Coumans financed all of the equipment[3] used in the operation of the Dairy Farm through CNH Capital America, LLC ("CNH") and Alliance Bank ("Alliance"). While Coumans has multiple obligations due and owing to CNH, as is reflected by the numerous UCC-1 filings set forth *supra*, Alliance and Coumans consolidated the multiple Alliance debts into a single obligation. This consolidation is reflected in the July 11, 2008, UCC-1 filing by Alliance. The balance due and owing to CNH is approximately $255,000.00. The balance due and owing to Alliance is approximately 35,000.00.

23.     The irrigation equipment that is utilized by the Dairy Farm (the "Pivots") were

---

[3]  It should be noted that much, if not all, of the personal property utilized in the dairy farm operation is currently titled in the name of Bokito. In those instances where title was transferred to Bokito, Couman's remained on the obligations and Bokito assumed the obligation.

financed by Diversified Financial Services ("DFS"). Coumans is the sole obligor on the DFS obligations, which total, in the aggregate, approximately $99,000.00.

24.     Coumans is also the primary obligor on multiple real estate obligations due and owing to Legacy, FLCA ("Legacy"). These obligations were incurred over the years as the Debtor grew and expanded the Dairy Farm operations. Coumans is currently obligated to Legacy in the approximate sum of $2,776.000.00, which obligations are secured by nine (9) separate deeds of trust.

25.     It should also be noted that Agriland, PCA ("Agriland") is secured by a 1.5 acre parcel and four mobile homes. The total obligation due and owing to Agriland by Coumans is $20,600.00, of which only $7,180.00 is secured by any real property.

26.     The Humphrey obligation, as stated *supra*, is a lease purchase agreement that covers approximately 455 acres. Coumans is obligated to the Humphreys in the approximate principal sum of $1,220,000.00.

27.     The Bank of the West ("Secured Lender"), through the credit facility entered into by and between Bank of the West, Coumans, Bokito, and Moo Town Dairy accounts for approximately $8,235,000.00 of the Dairy Farm debt. The breakdown of the Secured Lender credit facility, in approximate numbers, is as follows:

    a.  Livestock Acquisition Facility:       $4,835,000.00

    b.  Acquisition Feed Line of Credit:      $1,400,000.00

    c.  Term Loan:                            $2,000,000.00

28.     The Secured Lender asserts that it is secured by first priority liens on and security interests in substantially all Dairy Farm's personal property (excluding the farm equipment, but including all cattle, crops, and farm products) and about one-quarter of the real property

(collectively, the "Prepetition Collateral") except as specifically identified *supra*.

## III. <u>RELIEF REQUESTED</u>

29.     By this Motion and pursuant to 11 U.S.C. §§ 105, 361 and 363 of the Bankruptcy Code and Bankruptcy Rules 4001 and 9014, the Debtor requests that the Court grant the following relief:

  a. Authorize the Debtor, **on an interim basis**, pursuant to section 363(c) of the Bankruptcy Code, to use proceeds of assets on which Secured Lender asserts a first priority lien and security interest (the "Cash Collateral")[4] in accord with the budget attached hereto as Exhibit "C" and incorporated herein by this reference (the "Budget");

  b. Authorize the Debtor, **on an interim basis**, pursuant to sections 361 and 363 of the Bankruptcy Code, or provide the adequate protection described herein to the Secured Lender as regards any diminution in value of the Secured Lender's interest in the Prepetition Collateral, whether from the use of Cash Collateral or the use, sale lease, depreciation, decline in value, or otherwise of said collateral;

  c. Schedule the Final Hearing pursuant to Bankruptcy Rule 4001 no later than fourteen (14) days after the entry of the Interim Order, to consider the entry of a Final Order authorizing the use of Cash Collateral and approving the notice procedures relative thereto;

  d. Authorize the Debtor, **on a final basis**, pursuant to 363(c) of the Bankruptcy Code, to use the Cash Collateral in accord with the Budget and any supplemental budgets as approved by the Court after further notice and hearing; and

  e. Authorize the Debtor, **on a final basis**, pursuant to sections 361 and 363 of the Bankruptcy Code to provide the adequate protection described herein to the Secured Lender as regards any diminution in value of the Secured Lender's interest in the Prepetition Collateral, whether from the use of Cash Collateral or the use, sale lease, depreciation, decline in value, or otherwise of said collateral.

## IV. <u>BASIS FOR RELIEF</u>

### A. <u>Immediate Need for Use of Cash Collateral</u>

30.     The Debtor has an immediate need for the use of Cash Collateral pending a final

---

[4]     The Debtor does not hereby admit or consent to the validity, priority, extent or enforceability of the liens asserted by Secured Lender and hereby reserves all rights with respect thereto.

hearing on this Motion. Accordingly, the Debtor seeks to use Cash Collateral existing on or after the Petition Date that may be subject to the Secured Lender's interest in the Prepetition Collateral. As of the Petition Date, the Debtor's lack sufficient unencumbered cash to fund their business operation.

31. Absent the ability to use Cash Collateral, the Debtor will not be able to pay wages, insurance, utility charges and other critical operating expenses such as feed. Consequently, without access to cash collateral, the Debtor will no longer be able to maintain its business operation and continue its restructuring efforts. In short, the Debtor's bankruptcy estate would be irreparably and immediately harmed.

32. The Debtor cannot obtain funds sufficient to administer the bankruptcy estate and operate the business other than by obtaining the relief requested herein pursuant to section 363 of the Bankruptcy Code.

33. The Debtor has formulated a Budget for the use of Cash Collateral from the Petition Date through two weeks thereafter. The Debtor believes that the Budget includes all reasonable, necessary and foreseeable expenses to be incurred in the ordinary course of business during the subject time period. The use of Cash Collateral by the Debtor during this interim period will provide the Debtor with the ability to pay administrative expenses as they become due and payable during the period covered by the Budget.

34. The Debtor's right to use Cash Collateral under the terms of the Interim Order will commence on the date of the entry of the Interim Order and expire on the earlier of: (a) the entry of a subsequent interim order; or (b) the entry of the Final Order.

**B. Adequate Protection**

35. In consideration for the interim use of cash collateral, and as adequate

protection for any diminution of the interest of the Secured Lender in the Prepetition Collateral, the Debtor hereby tenders, to the extent the Secured Lender may hold valid, perfected and unavoidable security interests in the Prepetition Collateral without any requirement to file any documents to perfect that interest, adequate protection in the following form:

> **The granting of postpetition security interests equivalent to a lien granted under sections 364(c)(2) and (3) of the Bankruptcy Code (the "Replacement Liens"), as applicable, in and upon the Debtor's real and personal property and the Cash Collateral, whether such property was acquired before or after the Petition Date.**

36. In addition to the Replacement Liens, the Secured Lender is adequately protected as a result of the continued business operations. But for the continued operation of the Debtor, it will be forced to liquidate its assets absent the added value provided by a going concern.

37. In summary, the Debtor submits that the Secured Lender is adequately protected by the proposed Replacement Liens and by the continued operation of the business as a going concern thereby preventing any diminution in the value of the Prepetition Collateral.

## C. Request for Final Hearing

38. Pursuant to Bankruptcy Rule 4001(b)(2), the Debtor requests that this Court set a date for the Final Hearing that is as soon as practicable, but in no event later than fourteen (14) days following the entry of the Interim Order, and the time and date prior to the Final hearing for parties to file objections to this Motion.

## V. BANKRUPTCY RULE 4001(b)

39. The Debtor submits that the facts set forth in the Declaration of René Coumans in Support of First Day Motions filed contemporaneously herewith establish that "the relief requested herein is necessary to avoid immediate and irreparable harm" to the Debtor.

Bankruptcy Rule 4001(b)(2). Accordingly, Bankruptcy Rule 4001 is satisfied.

## VII. <u>NOTICE</u>

40.     Bankruptcy Rules 4001 and 9014 generally require that any proceeding to use cash collateral be made only upon Motion and on notice to any other entity that has an interest in the Cash Collateral, the Committee that may be appointed under the Code, and such other entities as the Court may direct.

41.     Notice of this Motion has been given via email or facsimile transmission to: (1) the Office of the United States Trustee for the Eastern District of Texas; and (2) each of the Secured Lenders as identified in the Mailing Matrix *infra*. Each of the Debtor's unsecured creditors and any additional parties identified on the attached Mailing Matrix were served via US Mail.

WHEREFORE, PREMISES CONSIDERED, the Debtor respectfully requests that the Court enter an Interim Order on an emergency basis granting the relief requested herein, establishing a date and time for the Final Hearing, and providing for such other and further relief to which the Debtor may be justly entitled.

Respectfully submitted,

Dated: October 25, 2010

*/s/ Robert T. DeMarco*

**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**   robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**   mike@demarcomitchell.com
1255 W. 15th Street, 805
Plano, TX 75075
**T**        972-578-1400
**F**        972-346-6791
***Proposed* Counsel for Debtor and Debtor in Possession**

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned counsel herby certifies that true and correct copies of the foregoing pleading and all attachments were served upon all parties listed below in accordance with applicable rules of bankruptcy procedure on this 25th day of October, 2010. Where possible, service was made electronically via the Court's ECF noticing system or via facsimile transmission where a facsimile number is set forth below. Where such electronic service was not possible, service was made via regular first class mail.

| DEBTOR | |
|---|---|
| René Coumans | MOO TOWN DAIRY, L.L.C. |
| 3415 FM 1567 E | 3415 FM 1567 E. |
| Como, TX 75433 | Como, TX 75431 |
| FAX: 903-488-9137 | FAX: 903-488-9137 |

| TRUSTEE |
|---|
| **Office of the United States Trustee** |
| 110 N. College Avenue |
| Suite 300 |
| Tyler, TX 75702 |
| FAX: 903-590-1461 |
| Email: USTPRegion06.TY.ECF@usdoj.gov |

| SECURED LENDERS | |
|---|---|
| **Legacy, FLCA** | **DATCU Credit Union** |
| P.O. Box 468 | P.O. Box 827 |
| 303 Connally Street | Denton, Texas 76202 |
| Sulphur Springs, TX 75482 | FAX: 940-442-5520 |
| FAX: 903-885-0886 | |
| **Alliance Bank** | **Agriland, PCA** |
| P.O. Box 500 | Box 795 |
| 100 West Jefferson Street | Sulphur Springs, TX 75483 |
| Sulphur Springs, TX 75483 | FAX: 903-885-9346 |
| FAX: 903-439-6724 | |
| **Bank of the West** | **CNH Capital America, LLC** |
| 2035 Fresno Street, 6th Floor | 100 Brubaker Avenue |
| Fresno, CA 93721 | New Holland, PA 17557 |
| FAX: 402-918-7788 | FAX: 866-585-0286 |
| **Diversified Financial Services, LLC** | **VFS US LLC** |
| 14010 First National Bank Pkwy, Suite 400 | P.O. Box 26131 |

Omaha, NE 68154
FAX:  888-922-4634

**Dan Wayne Humphrey**
632 Beth Lane
Sulphur Springs, TX 75482
FAX:

Greensboro, NC 27402
FAX:  336-931-4008

**Fifth Third Bank**
P.O. Box 630778
Cincinnati, OH 45263
FAX:  513-561-6711

| PARTIES IN INTEREST / REQUESTING NOTICE |
| --- |

**Lone Star Milk Producers**
217 Baird Lane
Windhorst, TX 76389-6023
FAX:  940-378-2571

*/s/ Robert T. DeMarco*

**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**    robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**    mike@demarcomitchell.com
1255 W. 15th Street, 805
Plano, TX 75075
**T**        972-578-1400
**F**        972-346-6791
***Proposed* Counsel for Debtor and Debtor in Possession**

# EXHIBIT "A"

| IN RE: | Case No.: 10-43677 |
|---|---|
| **RENÉ H. COUMANS**<br>XXX-XX-1816<br>3415 FM 1567 E.<br>Como, TX 75431<br>Debtor(s). | Chapter: 11<br>[JOINT ADMINISTRATION REQUESTED] |
| IN RE: | Case No.: 10-43676 |
| **MOO TOWN DAIRY, L.L.C.**<br>20-4909319<br>3415 FM 1567 E.<br>Como, TX 75431<br>Debtor(s). | Chapter: 11<br>[JOINT ADMINISTRATION REQUESTED]<br><br>HEARING DATE: October 26, 2010<br>HEARING TIME: 1:30    p.m. |

**ORDER AUTHORIZING THE INTERIM USE OF CASH COLLATERAL**

On this day came on for consideration the Debtor's Emergency Motion for Order Authorizing the Interim and Final Use of Cash Collateral (the "Motion"). The Motion is made pursuant to 11 U.S.C. §§ 105, 361 and 363 and Federal Rules of Bankruptcy Procedure 4001 and 9014: (a) authorizing the Debtor to use cash collateral of existing secured lenders and granting adequate protection to existing secured lenders for the use of their cash collateral; and (b) prescribing the form and manner of notice and setting the time for the final hearing (the "Final Hearing") on the Motion. Upon review of the Motion, the Affidavit of René Coumans and based upon the evidence presented to this Court at the interim hearing on the Motion (the "Interim Hearing"), the Court hereby makes the following findings of fact and conclusions of law:

1.      Adequate and sufficient notice of the Motion and the Interim Hearing has been provided to all persons entitled thereto pursuant to Rules 2002 and 4001 of the Federal Rules of Bankruptcy Procedure.

2.      This matter constitutes a "core proceeding" within the meaning of 28 U.S.C. § 157.

3.     This Court has jurisdiction over the parties and the subject matter of this proceeding pursuant to 28 U.S.C. §§ 1334 and 157.

4.     The Debtor commenced the case *sub judice* on October 13, 2010 (the "Petition Date") by the filing of a petition for relief under chapter 11 of the Bankruptcy Code.

5.     The Debtor continues in possession of its properties and continues to operate its business as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

6.     The Bank of the West ("Secured Lender"), through the credit facility entered into by and between Bank of the West, Coumans, Bokito, and Moo Town Dairy accounts for approximately $8,235,000.00 of the Dairy Farm debt.  The breakdown of the Secured Lender credit facility, in approximate numbers, is as follows:

a.   Livestock Acquisition Facility:        $4,835,000.00

b.   Acquisition Feed Line of Credit:     $1,400,000.00

c.   Term Loan:                                       $2,000,000.00

7.     The Secured Lender asserts that it is secured by first priority liens on and security interests in substantially all Dairy Farm's personal property (with the exception of the equipment, but including all livestock and other farm products) and about one-half of the real property (collectively, the "Prepetition Collateral") and the proceeds thereof (the "Cash Collateral").

8.     The Debtor owns and operates a relatively large dairy farm in East Texas.

9.     Pursuant to sections 363(a) and 552(b) of the Bankruptcy Code, the Cash Collateral held by the Debtor's may constitute "cash collateral" within the meaning of section 363(a) of the Bankruptcy Code.  The Secured Lender asserts that it has an interest in the Cash Collateral within the meaning of sections 363(c)(2) and 363(e) of the Bankruptcy Code.

10.     The Debtor has an immediate need to use Cash Collateral on an interim basis to, among other things, fund payroll obligations and pay other operating expenses, including feed, in accordance with the budget attached hereto as Exhibit "A" and incorporated herein by this reference.

11.     Good cause has been shown for entry of this interim cash collateral order (the "Interim Order"), as an immediate and critical need exists for the Debtor to be permitted access to the Cash Collateral.

12.     Absent access to the Cash Collateral the Debtor's estate would be immediately and irreparably harmed.

13.     This Interim Order is entered into pursuant to, and in accord with sections 361 and 363 of the Bankruptcy Code and Bankruptcy Rule 4001(b).

**ACCORDINGLY, IT IS ORDERED THAT:**

1.     The Debtors are permitted to use Cash Collateral, in accord with the Budget, provided, that the Debtor may exceed any line item in the Budget by up to ten percent (10%). The Budget may be updated and modified through the date of the Final Hearing by: (a) consensual agreement of the Debtor and the Secured Lender; or (b) by further order of this Court.

2.     The Debtor's right to use Cash Collateral under the Interim Order shall commence on the date of entry of the Interim Order and expire on the earlier of:  (a) the entry of a subsequent interim cash collateral order; or (b) the entry of a Final Order.

3.     As adequate protection of the Secured Lender's interest, if any, in the Cash Collateral pursuant to sections 361 and 363(e) of the Bankruptcy Code to the extent of any diminution in value from the use of the Collateral the Court hereby grants the Secured Lender replacement security liens on and replacement liens on all of the Debtor's real and personal

property (the "Replacement Liens"), whether such property was acquired before or after the Petition Date.

4.      Such Replacement Liens are exclusive of any avoidance actions available to the Debtor's bankruptcy estate pursuant to sections 544, 545, 547, 548, 549, 550, 553(b) and 724(a) of the Bankruptcy Code and the proceeds thereof.

5.      Further, such Replacement Liens shall be equal to the aggregate diminution in value of the Collateral, if any, that occurs from and after the Petition Date. The Replacement Liens shall be of the same validity and priority as the liens of the Secured Lender on the prepetition Collateral.

6.      The Replacement Liens granted herein shall maintain the same priority, validity and enforceability as the Secured Lender's liens on the prepetition Collateral. The Secured Lender shall not be required to file or serve financing statements, notices of liens or similar interests which otherwise may be required under federal or state law in any jurisdiction, or take any action, including taking possession, to validate and perfect such Replacement Liens.

7.      The Replacements Liens shall be subject and subordinate to: (a) professional fees and expenses of the attorneys, financial advisors and other professionals retained by the Debtors in the amounts set forth in the Budget and any supplemental budget approved by the Court and/or consented to by the Secured Lender; and (b) any and all fees payable to the United States Trustee pursuant to 28 U.S.C. § 1930(a)(6) and the Clerk of the Bankruptcy Court (collectively, the "Carve Out").

8.      This Interim Order is without prejudice to the rights of the Secured Lender or the Debtor as to any further order regarding the use of Cash Collateral as to the request for payment of any other expenses incurred during the period covered by this Interim Order.

9.      This Interim Order is without prejudice to the rights of any party-in-interest,

including the debtor, to contest the priority, validity and enforceability of the Secured Lender's liens and security interests in and to the prepetition Collateral.

10.     During the term of this Interim Order the Debtor shall comply with all terms and conditions of the loan documents executed by the Debtor and the Secured Lender, including but not limited to the reporting requirements set forth therein, except to the extent modified herein.

11.     The Final Hearing to consider the entry of a Final Order authorizing and approving the use of Cash Collateral is hereby scheduled for **November ____, 2010, at ___:___ __.m.**

12.     This Interim Order is and shall be fully effective upon its entry.

**ORDER SUBMITTED BY:**

*/s/ Robert T. DeMarco*
**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**    robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**    mike@demarcomitchell.com
1255 W. 15th Street, 805
Plano, TX 75075
**T**        972-578-1400
**F**        972-346-6791
***Proposed* Counsel for Debtor and Debtor in Possession**

# EXHIBIT "B"



SOUTH

**LEASE** rent Fisher 60 acres

**LEASE**

rent Web
73 acres

7
8
BELLE VUE
DAIRY
13    15

9

Belle Vue dairy 164 acres
Legacy

land Cooksey 50 acres
Legacy

**HW 69**

Bank of The West
326 acres

16

16

MOO TOWN
DAIRY

land Shelton 195 acres
Legacy

Land Flora 110 acres
Legacy

Land Irving 117 acres
Legacy

rent Web  170 acres

**LEASE**

14

12

10

**LEASE**

rent Web  85 acres

**WINNSBORO**          **HW 11**                    **SULPHUR SPRINGS**

**CITY OF COMO**

**HW 69**

NORTH

EXHIBIT "B"



# EXHIBIT "C"

| Budget 10-25-10 through 11-8-10 | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| Belle Vue | | | | | |
| | | | | | |
| Sprint | 5-Nov | | | $515.82 | |
| Waste Management | 1-Nov | | | $138.02 | |
| Wood County Electric | 25-Oct | | | $8.35 | |
| Payroll | | | | $10,000.00 | |
| repairs | | | | $2,000.00 | |
| vet | | | | $2,000.00 | |
| Feed | | | | $62,000.00 | |
| custom work | | | | $4,000.00 | |
| fuel | | | | $1,000.00 | |
| | | | | | $81,662.19 |
| | | | | | |
| Moo Town | | | | | |
| Payroll | | | | $10,000.00 | |
| repairs | | | | $2,000.00 | |
| vet | | | | $2,000.00 | |
| Feed | | | | $45,000.00 | |
| custom work | | | | $4,000.00 | |
| Waste Management | 1-Nov | | | $138.02 | |
| fuel | | | | $1,000.00 | |
| | | | | | $64,138.02 |
| | | | | | |
| Payroll - Uncleared Checks | | | | $3,150.00 | $3,150.00 |
| | | | | | |
| | | | | | |
| | | | | TOTAL | $148,950.21 |

EXHIBIT "C"

```
Label Matrix for local noticing          Agriland                          Alexander Alfalfa
0540-4                                    3210 WNW Loop 323                 P.O.Box 7
Case 10-43676                             Tyler, TX 75702-1302              Hardtner, KS 67057-0007
Eastern District of Texas
Sherman
Mon Oct 25 08:25:11 CDT 2010

Alliance                                  Alliance Bank                     American Express
P.O.Box 500                               P.O.Box 500                       P.O. Box 650448
Sulphur Springs, TX 75483-0500            Sulphur Springs, TX 75483-0500    Dallas, TX 75265-0448


Attorney General of Texas                 Attorney General of Texas         Baker
Bankruptcy Reporting Contact              Taxation Division - Bankruptcy    123 N Walnut Street
OAG/CSD/Mail Code 38                      Box 12548 Capitol Station         Peabody, KX  66866-1059
P.O. Box 12017                            Austin, TX 78711-2548
Austin, TX 78711-2017

Bank of the West                          CNH                               CNH Capitol
1075 Horsetooth Rd.                       P.O.Box 894703                    P.O. Box 1083
Suite 208                                 Los Angeles, CA 90189-4703        Evansville, IN 47706-1083
Fort Collins, CO 80526-5984


COBA                                      Capitol One Bank                  Cardmenber Service
1224 Alton Darby Creek Rd.                P.O. Box 60599                    P.O. Box 94014
Columbus, OH 43228-9792                   City of Industry, CA 91716-0599   Palatine, IL 60094-4014


Carlton Rice Hulls                        Central Plains Trading            Chase
P.O,Box 125                               4330 Shawnee Mission Parkway      P.O.Box 94014
Prim, AR 72130-0125                       Suite 210                         Palatine, IL 60094-4014
                                          Fairway, KS 66205-2522


Citibusiness Card                         Cody West                         Commercial Glass
P.O. Box 183051                           2351 FM 1506                      405 IH 30 West
Columbus, OH 43218-3051                   Paris, TX 75460-5124              Sulphur Springs, TX 75482-3685


Commodity Specialist                      Craddock Davis & Krause           Crop Production Services
P.O.Box 795219                            3100 Monticello Ave               2902 S Church St
St.Louis, MO 63179-0701                   Suite 550                         Paris, TX 75462-8906
                                          Dallas, TX 75205-3466


DATCU                                     Davis & Goldfarb                  Robert T. DeMarco
P.O.Box 827                               1219 Marquette Avenue South       DeMarco-Mitchell, PLLC
Denton, TX 76202-0827                     Suite 200                         1255 West 15th St., 805
                                          Minneapolis, MN 55403-2486        Plano, TX 75075-7225


Dejoux Red River Farms Inc                Dick Meyer  bv                    Diversified
18644 FM 197                              N236  3rd court                   P.O.Box 95662
Summer, TX 75486-3202                     Coloma, WI 54930-9000             Chicago, IL 60694-5662
```

| | | |
|---|---|---|
| Electric Motor Com<br>P.O.Box 892<br>1101 Como St.<br>Sulphur Springs, TX 75482-4549 | Fifth Third<br>P.O.Box 630778<br>Cincinnati, OH 45263-0778 | Forshey Prostok<br>777 Main St.<br>Suite 1290<br>Fort Worth, TX 76102-5316 |
| Frazer Frost LLP<br>135 S. State  College Blvd..<br>Suite 300<br>Brea, CA 92821-5819 | Genske Mulder Co.<br>4150 E. Concours Street<br>Suite 250<br>Ontario, CA 91764-5915 | Hopkins County Vet Clinic<br>129 Hillcrest Dr.<br>Sulphur Springs, TX 75482-3644 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | Johnsons Rainmaker<br>816 SW 26th Place<br>El Reno, OK 73036-5874 | Jongsma harvesting<br>5664 N FM 2869<br>Winnsboro, TX 75494-7492 |
| Kahn Soares Conway<br>1415 L Street<br>Suite 400<br>Sacramento, CA 95814-3963 | Legacy Commodites<br>P.O.Box 1629<br>Little Elm, TX 75068-1629 | Legacy Commodities<br>P.O.Box 1629<br>Little Elm, TX 75068-1629 |
| Legacy Land<br>P.O.Box 468<br>Sulphur Springs, TX 75483-0468 | Lhoist/Franklin Mineral<br>9020 Overlook Blvd.<br>Suite 200<br>Brentwood, TN 37027-2754 | M & M Custom Harvesting<br>2323 Rd 750<br>Bladen, NE 68928-7348 |
| Marcel Van Zee<br>3415 FM 1567 E<br>Como, TX 75431-3845 | Mastercard<br>P.O.Box30130<br>Tampa, FL 33630-3130 | Micro Beef Tech<br>P.O.Box 847268<br>Dallas, TX 75284-7268 |
| Moo Town Dairy, LLC<br>3415 FM 1567 E<br>Como, TX 75431-3845 | Moore Law Firm<br>100 North Main St.<br>Paris, TX 75460-4222 | Mr. D Humphrey<br>1700 Craig Ridge<br>Sulphur Springs, TX 75482-5086 |
| Multisteel Construction<br>3990 FM 1870<br>Sulphur Springs, TX 75482-8072 | Ohio State Univ.<br>700 Ackerman Place<br>Suite 360<br>Columbus, OH 43202-2328 | PHI Financial Services<br>P.O.Box 660635<br>Dallas, TX 75266-0635 |
| Pine Creek Nutrition<br>502 E Main St<br>Turlock, CA 95380-4518 | Rinze DeGroot<br>2821 FM 2948<br>Como, TX 75431-4225 | Ronnies Tire Service<br>1604 East Loop 301<br>Sulphur Springs, TX 75482-2100 |
| SEC<br>100 F Street, NE<br>Washington, DC 20549-2001 | Saginaw Flakes<br>500 Burlington Rd.<br>Saginaw, TX 76179-1308 | Scott Johnson Farms<br>120 US Hwy 84<br>Farwell, TX 79325-4514 |

```
Sprint                            Sunbelt Custom Min.               Tejas Cattle Ind.
P.O.Box 660075                    1276 FM 2560                      800  Longhorn Trail
Dallas, TX 75266-0075             Sulphur Springs, TX 75482-7708    Wimberley, TX 78676-4248


Texas State Comptroller           Todd Transportation               Tricounty Construction
Capitol Station                   P.O.Box 459                       970 Texas HW 37 S
Austin, TX 78774-0001             Rockwall, TX 75087-0459           Mount Vernon, TX 75457-6600


U.S. Attorney General             US Airways                        (p)US BANK
Department of Justice             P.O.Box 13337                     PO BOX 5229
Main Justice Building             Philadelphia, PA 19101-3337       CINCINNATI OH 45201-5229
10th & Constitution Ave., NW
Washington, DC 20530-0001

US Comm                           US Trustee                        United States Attorney
730 2nd Avenue South              Office of the U.S. Trustee        110 North College Ave., Ste. 700
Minneapolis, MN 55402-3400        110 N. College Ave.               Tyler, TX 75702-0204
                                  Suite 300
                                  Tyler, TX 75702-7231

United States Trustee             Visa                              Volvo
110 North College Ave., Ste. 300  P.O.Box 30131                     P.O.Box 7247-0236
Tyler, TX 75702-7231              Tampa, FL 33630-3131              Philadelphia, PA 19170-0001


Waste Management BV               Waste Management MT               Winkle Oil
P.O.Box 276                       P.O.Box 276                       301 W. Carnegie
Lewisville, TX 75067-0276         Lewisville, TX 75067-0276         Winnsboro, TX 75494-3105


Winkle Oil                        Wylie Sprayers
P.O.Box 62                        702 E. 40th St.
Winnsboro, TX 75494-0062          Lubbock, TX 79404-3006
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Service -        US Bank
Centralized Insolvency Operations P.O. Box 790408
PO Box 21126                      St.Louis, MO 63179-0408
Philadelphia, PA 19114-0326
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Mr. D Humphrey              End of Label Matrix
1700 Craig Ridge               Mailable recipients    79
Sulphur Springs, TX 75482-5086 Bypassed recipients     1
                               Total                  80
```

Label Matrix for local noticing
0540-4
Case 10-43677
Eastern District of Texas
Sherman
Mon Oct 25 08:24:03 CDT 2010

Agriland
3210 WNW Loop 323
Tyler, TX 75702-1302

Alexander Alfalfa
P.O.Box 7
Hardtner, KS 67057-0007

Alliance
P.O.Box 500
Sulphur Springs, TX 75483-0500

Alliance Bank
P.O.Box 500
Sulphur Springs, TX 75483-0500

American Express
P.O. Box 650448
Dallas, TX 75265-0448

Attorney General of Texas
Bankruptcy Reporting Contact
OAG/CSD/Mail Code 38
P.O. Box 12017
Austin, TX 78711-2017

Attorney General of Texas
Taxation Division - Bankruptcy
Box 12548 Capitol Station
Austin, TX 78711-2548

Baker
123 N Walnut Street
Peabody, KX  66866-1059

Bank of the West
1075 Horsetooth Rd.
Suite 208
Fort Collins, CO 80526-5984

CNH
P.O.Box 894703
Los Angeles, CA 90189-4703

CNH Capitol
P.O. Box 1083
Evansville, IN 47706-1083

COBA
1224 Alton Darby Creek Rd.
Columbus, OH 43228-9792

Capitol One Bank
P.O. Box 60599
City of Industry, CA 91716-0599

Cardmenber Service
P.O. Box 94014
Palatine, IL 60094-4014

Carlton Rice Hulls
P.O,Box 125
Prim, AR 72130-0125

Central Plains Trading
4330 Shawnee Mission Parkway
Suite 210
Fairway, KS 66205-2522

Chase
P.O.Box 94014
Palatine, IL 60094-4014

Citibusiness Card
P.O. Box 183051
Columbus, OH 43218-3051

Cody West
2351 FM 1506
Paris, TX 75460-5124

Commercial Glass
405 IH 30 West
Sulphur Springs, TX 75482-3685

Commodity Specialist
P.O.Box 795219
St.Louis, MO 63179-0701

Ren H. Coumans
3425 FM 1567 E
Como, TX 75431

Craddock Davis & Krause
3100 Monticello Ave
Suite 550
Dallas, TX 75205-3466

Crop Production Services
2902 S Church St
Paris, TX 75462-8906

DATCU
P.O.Box 827
Denton, TX 76202-0827

Davis & Goldfarb
1219 Marquette Avenue South
Suite 200
Minneapolis, MN 55403-2486

Robert T. DeMarco
DeMarco-Mitchell, PLLC
1255 West 15th St., 805
Plano, TX 75075-7225

Dejoux Red River Farms Inc
18644 FM 197
Sumner, TX 75486-3202

Dick Meyer  bv
N236  3rd court
Coloma, WI 54930-9000

Diversified
P.O.Box 95662
Chicago, IL 60694-5662

Electric Motor Com
P.O.Box 892
1101 Como St.
Sulphur Springs, TX 75482-4549

Fifth Third
P.O.Box 630778
Cincinnati, OH 45263-0778

Forshey Prostok
777 Main St.
Suite 1290
Fort Worth, TX 76102-5316

Frazer Frost LLP
135 S. State  College Blvd..
Suite 300
Brea, CA 92821-5819

Genske Mulder Co.
4150 E. Concours Street
Suite 250
Ontario, CA 91764-5915

Hopkins County Vet Clinic
129 Hillcrest Dr.
Sulphur Springs, TX 75482-3644

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Johnsons Rainmaker
816 SW 26th Place
El Reno, OK 73036-5874

Jongsma harvesting
5664 N FM 2869
Winnsboro, TX 75494-7492

Kahn Soares Conway
1415 L Street
Suite 400
Sacramento, CA 95814-3963

Legacy Commodites
P.O.Box 1629
Little Elm, TX 75068-1629

Legacy Commodities
P.O.Box 1629
Little Elm, TX 75068-1629

Legacy Land
P.O.Box 468
Sulphur Springs, TX 75483-0468

Lhoist/Franklin Mineral
9020 Overlook Blvd.
Suite 200
Brentwood, TN 37027-2754

M & M Custom Harvesting
2323 Rd 750
Bladen, NE 68928-7348

Marcel Van Zee
3415 FM 1567 E
Como, TX 75431-3845

Mastercard
P.O.Box30130
Tampa, FL 33630-3130

Micro Beef Tech
P.O.Box 847268
Dallas, TX 75284-7268

Moore Law Firm
100 North Main St.
Paris, TX 75460-4222

Mr. D Humphrey
1700 Craig Ridge
Sulphur Springs, TX 75482-5086

Multisteel Construction
3990 FM 1870
Sulphur Springs, TX 75482-8072

Ohio State Univ.
700 Ackerman Place
Suite 360
Columbus, OH 43202-2328

PHI Financial Services
P.O.Box 660635
Dallas, TX 75266-0635

Pine Creek Nutrition
502 E Main St
Turlock, CA 95380-4518

Rinze DeGroot
2821 FM 2948
Como, TX 75431-4225

Ronnies Tire Service
1604 East Loop 301
Sulphur Springs, TX 75482-2100

SEC
100 F Street, NE
Washington, DC 20549-2001

Saginaw Flakes
500 Burlington Rd.
Saginaw, TX 76179-1308

Scott Johnson Farms
120 US Hwy 84
Farwell, TX 79325-4514

```
Sprint                          Sunbelt Custom Min.             Tejas Cattle Ind.
P.O.Box 660075                  1276 FM 2560                    800  Longhorn Trail
Dallas, TX 75266-0075           Sulphur Springs, TX 75482-7708  Wimberley, TX 78676-4248


Texas State Comptroller         Todd Transportation             Tricounty Construction
Capitol Station                 P.O.Box 459                     970 Texas HW 37 S
Austin, TX 78774-0001           Rockwall, TX 75087-0459         Mount Vernon, TX 75457-6600


U.S. Attorney General           US Airways                      (p)US BANK
Department of Justice           P.O.Box 13337                   PO BOX 5229
Main Justice Building           Philadelphia, PA 19101-3337     CINCINNATI OH 45201-5229
10th & Constitution Ave., NW
Washington, DC 20530-0001

US Comm                         US Trustee                      United States Attorney
730 2nd Avenue South            Office of the U.S. Trustee      110 North College Ave., Ste. 700
Minneapolis, MN 55402-3400      110 N. College Ave.             Tyler, TX 75702-0204
                                Suite 300
                                Tyler, TX 75702-7231

United States Trustee           Visa                            Volvo
110 North College Ave., Ste. 300 P.O.Box 30131                  P.O.Box 7247-0236
Tyler, TX 75702-7231            Tampa, FL 33630-3131            Philadelphia, PA 19170-0001


Waste Management BV             Waste Management MT             Winkle Oil
P.O.Box 276                     P.O.Box 276                     301 W. Carnegie
Lewisville, TX 75067-0276       Lewisville, TX 75067-0276       Winnsboro, TX 75494-3105


Winkle Oil                      Wylie Sprayers
P.O.Box 62                      702 E. 40th St.
Winnsboro, TX 75494-0062        Lubbock, TX 79404-3006
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Service -      US Bank
Centralized Insolvency Operations P.O. Box 790408
PO Box 21126                    St.Louis, MO 63179-0408
Philadelphia, PA 19114-0326
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Mr. D Humphrey              End of Label Matrix
1700 Craig Ridge               Mailable recipients   79
Sulphur Springs, TX 75482-5086 Bypassed recipients    1
                               Total                 80
```